# UNITED STATES DISTRICT COURT

for the

**Southern District of Illinois**

|  |  |  |
|---|---|---|
| Clint Phillips III | ) | |
| *Plaintiff* | ) | Case Number: 3:17-CV-1079-JPG-SCW |
| v. | ) | (Clerk's Office will provide) |
| | ) | Trial by Jury |
| U.S. Air Force, Scott A.F.B. | ) | |
| *Defendant(s)* | ) | |

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I.  JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: 28 U.S.C. § 2680 false imprisonment, malicious prosecution, Interference with contract, housing discrimination

### II.  PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of ___Missouri___ (state), who resides at ___9172 Longridge  Saint louis, MO 63137___, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant ___U.S. Air Force, Scott A.F.B.___ is employed as
        (a)        (Name of First Defendant)
___Military Installation___
        (b)        (Position/Title)

(10/2010)

with _____ United States of America _____
(c)        (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: I was falsely arrested and accused of disorderly conduct by Airmen employed by the U.S. Air Force

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _____ is employed as
                        (Name of Second Defendant)

_____
                        (Position/Title)

with _____
                        (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.     Defendant _____ is employed as
                          (Name of Third Defendant)

       _____
                          (Position/Title)

       with _____
                          (Employer's Name and Address)

       _____

       At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed
       by the state, local, or federal government?  ☐ Yes  ☐ No

       If you answer is YES, briefly explain:

       Check one of the following:

       ☐     This defendant **personally participated** in causing my injury, and I want
             **money damages**.

       ☐     The **policy or custom** of this official's government agency violates my
             rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.     Using the outline set forth above, identify any additional Defendant(s), using
       additional pages, if necessary.

(10/2010)

**III.    PREVIOUS LAWSUITS**

A.    Have you begun any other lawsuits in this federal court?
☐ Yes  ☑ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1.    Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2.    Case number:

3.    Name of Judge to whom case was assigned:

4.    Disposition of case (for example: Was the case dismissed?  Was it appealed? Is it still pending?):

## IV.    STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your
constitutional rights were violated. Do not include legal arguments or citations. If you wish
to present legal arguments or citations, file a separate memorandum of law. If you intend
to allege several related claims, number and set forth each claim in a separate paragraph.

I was falsely arrested in Nov 2016 by Scott A.F.B. security patrol and falsely accused of disorderly conduct, I was illegally transported by SP's and the Scott Inn discriminating against me in housing by denieing me a room that I had already paid for, and forcing me to report for an involuntary mental health examination in an attempt to have me civilly committed under false pretenses under the appearance that they had orders to do such and they were in violation of AFI (Air Force Instruction) pertaining to false imprisonment

**V.    REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $_____.

Punitive damages in the amount of $ _66 million_____ .

An ordering requiring defendant(s) to: pay punitive damages for malicious activities

A declaration that:

Other:

**VI.    JURY DEMAND** (*check one box below*)

Plaintiff ◯ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _10-06-17_____
                (date)

_9172 Longridge dr_
        Street Address

_St. Louis, MO. 63137_
        City, State, Zip

_____
Signature of Plaintiff

_Clint Phillips III_
        Printed Name

(10/2010)