# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLINT PHILLIPS III, <br><br> Plaintiff, <br><br> v. <br><br> US AIR FORCE and SCOTT AIR FORCE BASE, <br><br> Defendants. | Case No. 3:17-cv-01079-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice for lack of jurisdiction.

DATED: October 27, 2017

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY: s/Tina Gray**
                                                       **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**