# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

US AIR FORCE and SCOTT AIR FORCE BASE,

    Defendants.

Case No. 3:17-cv-01079-JPG-SCW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on the plaintiff's motion for reconsideration. (Doc. 10.) On October 6, 2017, the plaintiff filed his complaint. (Doc. 2.) On October 16, the Court ordered the plaintiff to file an amended pleading that cured the jurisdictional defect in the first complaint. (Doc. 6.) In response, the plaintiff filed a supplement to his complaint, but the supplement did nothing more than reassert the same defects in the complaint. (Doc. 7.) The Court then dismissed the complaint without prejudice. (Docs. 8, 9.)

    Now, the plaintiff has filed a motion for reconsideration of that dismissal, and argues that the United States should be the proper defendant to his Federal Tort Claims Act claim. (Doc. 10.) The Court **GRANTS** the defendant's motion and, again, **DIRECTS** him to file an amended complaint that properly invokes federal subject-matter jurisdiction. The Court **DIRECTS** the Clerk of Court to re-open this case. Finally, the Court **DENIES** the plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) because he does not meet the financial requirements.

    The plaintiff shall have up to and including November 20, 2017 to file his amended complaint and pay the filing fee. The Court **WARNS** plaintiff that failure to comply with these requirements will result in the dismissal of his case.

IT IS SO ORDERED.
DATED:  November 6, 2017

                                                                   **s/ *J. Phil Gilbert***
                                                                   **J. PHIL GILBERT**
                                                                   **DISTRICT JUDGE**