# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:17-cv-01079-JPG-SCW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on its own initiative for purposes of case management. On November 6, 2017, the Court granted plaintiff's motion for reconsideration and allowed him to file an amended complaint by November 20, 2017. (Doc. 11.) At the same time, the Court denied plaintiff's motion for leave to proceed in forma pauperis and instructed him to pay the filing fee in his case by that same date: November 20, 2017. Plaintiff filed an amended complaint (Doc. 12), but never paid his filing fee as required by 28 U.S.C. § 1914. Accordingly, the Court **DISMISSES with prejudice** this case under Federal Rule of Civil Procedure 41(b) for failure to comply with an order of this Court.

**IT IS SO ORDERED.**

**DATED: DECEMBER 7, 2017**

                                             *s/ J. Phil Gilbert*
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**