# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:17-cv-01079-JPG-SCW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Clint Phillips III has filed a motion to re-open this case. (ECF No. 17.) The Court previously dismissed Phillips's claim with prejudice for failure to pay the filing fee (ECF No. 15), but Phillips has since paid that fee. So for good cause shown, the Court **GRANTS IN PART** Phillips's motion insofar as it asks the Court to re-open this case (ECF No. 17), **VACATES** its prior dismissal and judgment (ECF Nos. 15, 16), and **DIRECTS** the Clerk of Court to **RE-OPEN** this case. The Court **DENIES IN PART** Phillips's motion insofar as it asks the Court to grant him summary judgment.

**IT IS SO ORDERED.**

**DATED: JULY 24, 2018**

                                                      **s/ *J. Phil Gilbert***
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**