UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:17-cv-01079-JPG-SCW

## **MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Clint Phillips III, pro se, has filed a motion asking the Court to reconsider its prior order denying summary judgment to Phillips. (ECF No. 22.) The Court again **DENIES** this motion—particularly considering that there is no evidence in the record and it does not appear that the defendants have been served—but encourages Phillips to read Federal Rule of Civil Procedure 56 to assist him in working this case. The Court also reminds Phillips that a failure to prosecute this case could lead to an involuntary dismissal under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED: OCTOBER 10, 2018**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**