UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:17-cv-01079-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court for case management purposes. There is no evidence in the record that service of process has been effected upon the defendants within 90 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m). So on January 16, 2019, the Court (1) ordered plaintiff Clint Phillips to show cause by February 8, 2019 why the Court should not dismiss this action for failure to timely effect service; and (2) warned Phillips that failure to take action would result in the dismissal of this case. (ECF No. 27.) Phillips never responded to the motion. Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 25, 2019**

                                                *s/ J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**