UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:17-cv-01079 JPG/GCS

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: February 25, 2019

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    BY:    s/Tina Gray
            Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**